[No. 528. Filed March 29, 1892.]

J. C. SEHORN, *et al.*, *Respondents*, v. J. H. PRICE, *et al.*, *Appellants*.

*Appeal from Superior Court, Pierce County.*

*Govnor Teats,* for appellants.

*Tripp, Town, Likens & Dillon,* for respondents.

The opinion of the court was delivered by

STILES, J.—Motion to dismiss upon a short record for failure to file transcript and briefs. The only excuse given for this failure, which is confessed, is that counsel had an oral understanding that the transcript should remain in the custody of the court below until the briefs on both sides were prepared and served. Even if such an agreement were established, it does not seem to have gone to the extension of the time for filing briefs under rule 7. But it will not do to leave any such arrangements to oral agreements, and the motion is therefore granted.

ANDERS, C. J., and DUNBAR, HOYT and SCOTT, JJ., concur.

---

[No. 544. Decided March 29, 1892.]

ELIZABETH BURKETT, *et al.*, *Respondents*, v. G. ROSENTHAL, *et al.*, *Appellants*.

*Appeal from Superior Court, Thurston County.*

*E. B. Simmons,* for respondents.

*Per Curiam.*—Motion to dismiss and affirm on short record, under rule 17. The motion seems to be well taken, and it is accordingly granted.